**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                    **Civil Action No. 3:04CV76
                                                   (Judge Bailey)**

**ECONOMY INN MOTEL, ET AL.**

    **Defendants.**

## ORDER OF STATUS CONFERENCE

On August 6, 2007, the parties in the above-styled civil matter appeared before the Court for a telephonic status conference. Assistant United States Attorney Michael Stein appeared on behalf of the United States. The defendants, Scottish Inn Motel and Taru Singh, were present by their respective counsel Dale P. Kelberman and Steve Kaufman.

As an initial matter, counsel for the United States indicated that settlement negotiations between the United States and defendant Singh were ongoing and requested that the Court schedule a judicially sponsored settlement conference. After confirming with counsel for the Scottish Inn Motel that the pending appeal before the United States Court of Appeals for the Fourth Circuit would resolve the instant civil suit with respect to the Scottish Inn Motel, the Court **ORDERED** that a **settlement conference** with the United States and defendant Singh be held on **September 17, 2007 at 9:30 am in Martinsburg, WV.** There being no further business, the Court adjourned the matter.

    It is so ORDERED.

    The Clerk is directed to transmit copies of this Order to all counsel of record.

Dated this 8th day of August, 2007.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE