# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

<u>UNITED STATES OF AMERICA</u>

**Plaintiff(s),**

v.  
<u>ECONOMY INN MOTEL, ET AL</u>

(CIVIL)(CRIMINAL) NO: <u>3:04-CV-76-FPB</u>

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of <u>Stephen H. Kaufman</u>, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: <u>9-18-2007</u>

United States District Judge