IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Civil No.:3:04CV76-1

ECONOMY INN, MARTINSBURG,
SCOTTISH INN, MARTINSBURG AND
$5,375 IN UNITED STATES CURRENCY,

    Defendants.



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Criminal No.:3:05CR06-1

SURENDRA D. SINGH a/k/a SAM;
DILIPKUMAR SOMABHAI PATEL
a/k/a DAN; and JALARAM, INC.,

    Defendants.

## Order Approving Partial Civil Settlement

The United States and claimants Surendra Singh and Taru Singh have submitted *in camera* a copy of their agreement fully settling the above referenced civil action to forfeit the Economy Inn. The agreement is APPROVED. The clerk is directed to file the agreement UNDER SEAL. Pursuant to the agreement, it is ORDERED:

1. The above referenced civil proceeding is dismissed insofar as it seeks to forfeit the Economy Inn, with prejudice provided that said civil action may be re-opened if the government files a motion to enforce this settlement agreement within two years of the alleged breach.

2. The Protective Order entered in the above referenced criminal case on February 3, 2005, and the Order Modifying the Protective Order entered on October 20, 2005 are VACATED insofar as they apply to Surendra Singh and Taru Singh. All accounts of Surendra Singh and Taru Singh that have been frozen by said Protective Orders are hereby released from restraint.

3. The Preliminary Order of Forfeiture entered in the above referenced criminal case on April 27, 2005 is VACATED insofar as it applies to Surendra Singh.

SO ORDERED.

11-28-2007.

_____
JOHN P. BAILEY
UNITED STATES DISTRICT JUDGE